UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 06-182-JBC

PEGGY JEAN PERRIN,                                                                                         PLAINTIFF,

V.                                              **JUDGMENT**

HARTFORD LIFE INSURANCE COMPANY,                                                  DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

The court, having granted the plaintiff's motion to reverse the administrative decision and motion for attorney's fees, costs, and prejudgment interest, enters **JUDGMENT** in favor of the plaintiff.

There being no just cause for delay in its entry, this order is **FINAL** and **APPEALABLE**.

This matter is **STRICKEN** from the court's active docket.

Signed on  July 7, 2008

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY